```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SYLVIA HOUSLEY, | ) | 1:05-cv-0974 REC LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | FOR REMAND PURSUANT TO |
| | ) | SENTENCE **SIX** OF 42 U.S.C. |
| JO ANNE B. BARNHART, | ) | § 405(g) |
| Commissioner of Social | ) | |
| Security, | ) | |
| defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

The Commissioner is unable to locate the cassette tape of the administrative hearing and therefore requests additional time to search for the missing tape.

If the cassette tape cannot be located within **90 days** from the date the remand order is filed with the Court, the Appeals Council will remand this claim to an Administrative Law Judge to hold a new hearing and issue a new decision.

///

Defendant further agrees to provide the Court and plaintiff with a Status Report every 90 days from the date this remand order is filed with the Court.

                                      Respectfully submitted,

Dated: January 12, 2005        /s/ Gina M. Fazio
                                      (As authorized via facsimile)
                                      GINA M. FAZIO
                                      Attorney for Plaintiff

Dated: January 12, 2005        McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Kristi C. Kapetan
                                      KRISTI C. KAPETAN
                                      Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 17, 2006**                 /s/ Lawrence J. O'Neill
66h44d                                          UNITED STATES MAGISTRATE JUDGE