McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, SBOT 17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8978
    Facsimile:  (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SYLVIA HOUSLEY, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL J. ASTRUE[1], ) <br>    Commissioner of ) <br>    Social Security, ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL NO. 1:05-cv-0974 LJO <br><br> STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

      By Order entered on January 17, 2006, upon stipulation of the parties, the Court remanded the above captioned case before answer under sentence six of 42 U.S.C. § 405(g).  On remand, Plaintiff received a fully favorable decision dated December 7, 2006.  (<u>See</u> attached Notice of Decision - Fully Favorable, with Decision of ALJ attached thereto.)

///

///

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

WHEREFORE the parties to this action, through their respective undersigned attorneys, with the approval of the Court, hereby stipulate that the Court shall direct the Clerk to enter judgment in favor of Plaintiff, thereby affirming the Commissioner's award of benefits.

Respectfully submitted,

Dated: March   , 2007

/s/
(As authorized via attached facsimile)
GINA MARIE FAZIO
Attorney for Plaintiff

Dated: March 6, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

IT IS SO ORDERED.

**Dated:   March 8, 2007**            **/s/ Lawrence J. O'Neill**
66h44d                                  UNITED STATES DISTRICT JUDGE